UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
**Case Number:  17-62230-CIV-MARTINEZ-SNOW**

BLAKE TISHMAN, P.A., a Florida professional
corporation, individually and as the representative
of a class of similarly-situated persons,
      Plaintiff,

vs.

BAPTIST HEALTH SOUTH FLORIDA INC.,
BAPTIST SLEEP CENTERS, LLC, and JOHN
DOES 1-10,
      Defendants.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Stipulation of Dismissal with

Prejudice [ECF No. 103]. It is:

**ADJUDGED** that this action is **DISMISSED with prejudice,** all parties to bear their own

fees and costs. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case

is **CLOSED.**

DONE AND ORDERED in Chambers at Miami, Florida, this 12 day of August, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel of Record